FILED

2010 JUL -6 PM 3:47

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN RE:

MICHELLE WRIGHT

    Debtor

CASE NO. 09-51179-S

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #106 in the amount of $13.87 was issued on June 23, 2010 to the Clerk of Courts in payment of dividends under $5.00 for the following unsecured creditors:

Amt. of Dividend

| | | |
|---|---|---|
| Claim #2 | AKRON GENERAL MEDICAL CENTER<br>C/O JOSEPH HARRISON COMP LPA<br>310 N. CLEVELAND-MASSILLON RD<br>AKRON, OH 44333 | $ 2.31 |
| Claim #3 | McKinley Early Childhood Center<br>2525 Romig Rd<br>Akron, Ohio 44320 | $ .67 |
| Claim #5 | Dominion East Ohio<br>P.O. Box 26785<br>Richmond, VA 23261-6785 | $ 1.66 |
| Claim #6 | Credit Bureau of Stark County<br>6973 Promway Avenue NW<br>Canton, Ohio 44720 | $ 1.42 |
| Claim #7 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>CACH LLC<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ 3.41 |
| Claim #8 | Verizon Wireless Midwest<br>PO Box 3397<br>Bloomington, IL 61702 | $ 2.11 |
| Claim #9 | Summa Health System<br>Patient Accounting<br>PO Box 2090<br>Akron, Ohio 44398-6153 | $ 2.29 |
| TOTAL: | | $ 13.87 |

*ck # 106*
*receipt 81585*

_(signature)_
HAROLD A. CORZIN, TRUSTEE
304 N. Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770

June 23, 2010